

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00724-CV

Leticia Antoinette **BOYD**,
Appellant

v.

**WESTWOOD PLAZA APARTMENTS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2019CV07739
Honorable J Frank Davis, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

We order that no costs be assessed against appellant Leticia Antoinette Boyd because she is indigent.

SIGNED March 11, 2020.

_____
Beth Watkins, Justice